James F. Monagle (SBN: 236638)
**MULLEN COUGHLIN LLC**
426 W. Lancaster Avenue, Suite 200
Devon, Pennsylvania 19333
Telephone: (267) 930-4770
Facsimile: (267) 930-4771
Email: jmonagle@mullen.law

*Attorneys for Defendant*
US Fertility, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MULLINIX, PATRISIA VELA, and OMAR OROZCO, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br>v.<br><br>US FERTILITY, LLC, a Delaware limited liability company, and DOES 1-100, inclusive,<br><br>              Defendants. | Case No.:<br>[Orange County Superior Court No. 30-2021-01181929-CU-BC-CXC]<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441 AND 1453** |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendant US Fertility, LLC ("US Fertility"), hereby removes to this Court the state action captioned *Mullinix, et al. v. US Fertility, LLC, et al.*, Case No. 30-2021-01181929-CU-BC-CXC, filed in the Superior Court for the State of California, County of Orange, pursuant to 28 U.S.C. §§ 1441(a) and 1453(b).

## I.   BACKGROUND

1. On February 1, 2021, Plaintiffs Jennifer Mullinix, Patrisia Vela, and Omar Orozco (collectively, "Plaintiffs") filed the complaint in this action against US Fertility and Does 1-100, inclusive, in the Superior Court for the State of California, County of Orange ("Complaint"). A copy of the Complaint is attached as Exhibit A to this Notice.

2. According to the Complaint, Plaintiff Jennifer Mullinix is a Maryland citizen, and Plaintiffs Patrisia Vela and Omar Orozco are California citizens.

3. US Fertility is a Delaware limited liability company with its principal place of business in Rockville, Maryland.

4. In the Complaint, Plaintiffs allege that, "as a result of Defendant's malfeasance, thousands of prospective patients and patients who received services

from Defendant had their protected health information ("PHI") and private identifiable information ("PII") harvested by third-party actors with ill intentions." Compl. ¶ 1.

5.  Plaintiffs assert causes of action for (1) breach of express and/or implied contractual promise; (2) breach of covenant of good faith and fair dealing; (3) negligence per se; (4) negligence; (5) violation of the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et. seq.*; (6) violation of the Consumers Legal Remedies Act, Cal. Civ. Code § 1750, *et. seq.*; (7) violation of the California Consumer Privacy Act, Cal. Civ. Code § 1798.150, *et. seq.* ("CCPA"); (8) violation of the Maryland Consumer Protection Act, Md. Code Comm. Law § 13-301, *et seq.*; and (9) violation of the Maryland Personal Information Protection Act, Md. Code Ann. § 14-3501, *et seq.*

6.  Plaintiffs seek to represent a putative nationwide class consisting of "[a]ll persons residing Nationwide whose Personal Health Information and Personal Identifying Information was maintained by US Fertility, LLC and was compromised as a result of the breach announced by US Fertility, LLC on or about November 13, 2020." Plaintiffs also seek to represent a putative California class consisting of "[a]ll persons residing in the State of California whose Personal Health Information and Personal Identifying Information was maintained by US Fertility, LLC and was compromised as a result of the breach announced by US

Fertility, LLC on or about November 13, 2020," and a putative Maryland class consisting of "[a]ll persons residing in the State of Maryland whose Personal Health Information and Personal Identifying Information was maintained by US Fertility, LLC and was compromised as a result of the breach announced by US Fertility, LLC on or about November 13, 2020." Compl. ¶ 42.

7. US Fertility has not filed a responsive pleading or otherwise responded to the Complaint in the state court action.

8. This Notice of Removal is timely because it has been filed within 30 days of February 2, 2021, which is the date on which US Fertility was served with the Complaint in the state court action.

9. Removal to this Court is proper because it is the "district . . . embracing the place" in which the state court action is pending. 28 U.S.C. § 1441(a).

10. Because US Fertility is removing this action pursuant to 28 U.S.C. § 1453, US Fertility may remove it "without the consent of all defendants."

## II. GROUNDS FOR REMOVAL

11. Jurisdiction in this Court is appropriate under 28 U.S.C. § 1332(d), as amended by the Class Action Fairness Act of 2005 ("CAFA") because this matter involves a putative class action, and: (1) a member of the class of plaintiffs is a citizen of a state different from US Fertility ("minimum diversity"); (2) the number of proposed class members is 100 or more; and (3) the amount in controversy as

pled exceeds $5 million in the aggregate, exclusive of interest and costs. *See* 28 U.S.C. §§ 1332(d)(2), 1332(d)(5)(B), and 1332(d)(6).

12. US Fertility is a Delaware limited liability company with its principal place of business in Maryland. Compl. ¶ 8. Plaintiffs Patrisia Vela and Omar Orozco allege that they are citizens of California. Compl. ¶ 7. Accordingly, minimum diversity is achieved because members "of a class of plaintiffs [are] citizen[s] of a State different from" US Fertility. *See* 28 U.S.C. § 1332(d)(2).

13. The number of proposed class members is 100 or more, as Plaintiffs allege that, "given the fact that Defendant is the largest fertility management organization in the country, it stands to reason that the number of Class Members is at least in the thousands." Compl. ¶ 43.

14. The amount in controversy exceeds $5 million in the aggregate, exclusive of interest and costs. Specifically, Plaintiffs seek statutory damages of up to $750 per violation in their cause of action under the CCPA. Compl. ¶ 124. Based on this demand and the alleged number of class members, the damages as pled in the Complaint exceed CAFA's $5 million amount in controversy requirement. *See Chabner v. United of Omaha Life Ins. Co.,* 225 F.3d 1042, 1046 n. 3 (9th Cir. 2011) (noting that courts may consider statutory damages when determining the amount in controversy). In addition, Plaintiffs seek an award of attorneys' fees on their claim under the Maryland Consumer Protection Act, which may also be considered

in determining whether the amount in controversy is sufficient. *See Galt G/S v. JSS Scandinavia,* 142 F.3d 1150, 1156 (9th Cir. 1998) ("[W]here an underlying statute authorizes an award of attorneys' fees, either with mandatory or discretionary language, such fees may be included in the amount in controversy.").

15. Upon filing this Notice of Removal in this Court, US Fertility will file a true and correct copy of the Notice with the Clerk of the Superior Court of California, County of Orange, and will give written notice to the Plaintiffs. *See* 28 U.S.C. § 1446(d).

Dated: March 3, 2021

        *s/James F. Monagle*
James F. Monagle
jmonagle@mullen.law
**MULLEN COUGHLIN LLC**
426 W. Lancaster Avenue, Suite 200
Devon, PA  19333
Telephone: (267) 930-4770
Facsimile: (267) 930-4771

***Attorneys for Defendant
US Fertility, LLC***

## PROOF OF SERVICE

The undersigned attorney hereby certified that, on March 3, 2021, I served the foregoing Notice of Removal via email and U.S. mail on counsel of record listed below:

    Thiago M. Coelho
    Wilshire Law Firm, PLC
    3055 Wilshire Boulevard, 12th Floor
    Los Angeles, CA 90010
    thiago@wilshirelawfirm.com

    *Counsel for Plaintiffs*

Dated: March 3, 2021

                                              *s/James F. Monagle*
                                              James F. Monagle