# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JENNIFER MULLINIX, et al.

PLAINTIFF(S),

v.

US FERTILITY, LLC, et al.

DEFENDANT(S).

CASE NUMBER:

2:21−cv−01959

**NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT**

To: All Counsel Appearing of Record

    Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to General Order 19-03 this case is hereby transferred to the __ Division for all further proceedings.

X    Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the __Southern__ Division.

    This case has been reassigned to case number __8:21−cv−00409 CJC (KESx)__ and has been assigned to __Judge Cormac J. Carney__ for all further proceedings.

    Any matters that are or may be referred to a Magistrate Judge are hereby assigned to __Magistrate Judge Karen E. Scott__ for:

    X any discovery and/or post-judgment matters that may be referred.

    for all proceedings in accordance with General Order 05-07.

    All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows: __8:21−cv−00409 CJC (KESx)__. Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

    **Please be advised that no further filings may be made under case number __2:21−cv−01959__. Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

Clerk, U.S. District Court

By: __/s/ *Luz Hernandez*__
    __luz_hernandez@cacd.uscourts.gov__
    Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*